

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**John M. Magliery**
212-603-6444 tel
212-489-8340 fax

johnmagliery@dwt.com

November 1, 2019

By ECF

Magistrate Judge Sanket J. Bulsara
United States District Court, Eastern District of New York
225 Cadman Plaza East
Chambers 304N, Courtroom 324N
Brooklyn, New York 11201

Re: *Woodmare Capital LLC, et al. v. Amazon Capital Services, Inc., et al.*
Case No. 19-cv-03671 (E.D.N.Y.) (NG) (SJB)

Dear Judge Bulsara:

The parties appeared before the District Judge in this matter on October 24, 2019 for a required conference in anticipation of a motion to dismiss. During that conference, Judge Gershon ordered the parties to a settlement conference before Your Honor, which was schedule for November 4, 2019.

Regrettably, because the parties had not previously engaged in settlement discussions and because defendants are located in Seattle, Washington, we cannot comply with the Court's Settlement Practices within this timeframe. Specifically, defendants have not yet formulated a settlement position and a representative of defendants cannot appear in Court on November 4.

We respectfully request that the settlement conference be adjourned for approximately 30 days to allow for compliance. Because of other travel by defendants' designated representative the week before Thanksgiving and during the holiday week itself, we request that the settlement conference be adjourned to the first week of December, and suggest, subject to the Court's availability, December 5, 2019. All parties and counsel are available on that date, and plaintiff consents to this request. All motion practice is being held in abeyance by the District Judge at this juncture. We are grateful for the Court's attention to this matter.

Respectfully submitted,

Davis Wright Tremaine LLP

John M. Magliery

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.

4849-2089-3611v.1 0051461-002619